

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2013

**BY EMAIL** (ForrestNYSDChambers@nysd.uscourts.gov)

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2013
```

    Re:   **In Re: 650 Fifth Avenue and Related Properties,**
           **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

    The Government respectfully submits this letter to inform the Court that the Government is still in the process of responding to objections to the Government's exhibit list, a large number of which were exchanged today, and that the Government respectfully requests leave to submit a complete binder set and exhibit spreadsheet of objections and responses in the morning.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   */s/ Michael D. Lockard*
Sharon Cohen Levin
Michael D. Lockard
Martin S. Bell
Carolina A. Fornos
Assistant United States Attorneys

Anand Sithian
Special Assistant United States Attorney
(212) 637-1060/2193/2463/2740/1085

cc:   Counsel of Record (via email)