```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :     08 Civ. 10934 (KBF)
IN RE 650 FIFTH AVENUE AND                                  :     and all member and
RELATED PROPERTIES                                          :     related cases
                                                            :
                                                            :     ORDER
                                                            :
                                                            :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Clerk of Court is hereby directed to remove the letter addressed to the Court from Daniel S. Ruzumna, Esq. dated September 10, 2013 and accompanying exhibit list (ECF No. 846) from the docket and to file that letter and attachment under seal. The Clerk shall not delete the text of the docket entry.

SO ORDERED.

Dated:    New York, New York
          September 12, 2013

                                                   _____
                                                        KATHERINE B. FORREST
                                                       United States District Judge