**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

1850 M STREET, N.W.
SUITE 720
WASHINGTON, DC 20036

Telephone (202) 467-4489 (direct dial)
Facsimile (205) 314-0805
Email: tfleming@wcqp.com

October 2, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2013
```

*Via Electronic Submission*

The Honorable Katherine B. Forrest
UNITED STATES DISTRICT JUDGE
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In Re 650 Fifth Avenue and Related Properties, 1:08-cv-10934 (KBF)*

Dear Judge Forrest:

On September 19, 2013, the Havlish Judgment Creditors filed a Motion for Issuance of Writs of Execution as to Alavi Foundation, Assa Corp, Assa Co, Ltd., 650 Fifth Avenue Company, and Bank Melli Iran, and a supporting declaration from the undersigned attorney, with exhibits, in the above-referenced case. The following day, September 20, 2013, this motion was rejected by the Court's ECF system for a docket deficiency error, with instructions to re-file same. However, after consultations with other judgment creditors' counsel in this case, and a review of the transcript of the prior hearing in this case on February 1, 2013, in which the subject of writs of execution was addressed, Havlish counsel have decided not to re-file the Motion for Writs of Execution at this time, and will await further developments in this case.

Additionally, the Havlish Judgment Creditors filed a Motion for Leave to File Amended Complaint, which too was rejected by the ECF system for a docket deficiency error. The Havlish Judgment Creditors have today re-filed this Motion for Leave to File Amended Complaint, and a courtesy copy of this filing is included herewith.

*Ordered*
*Post to docket.*
*K. B. Forrest*
*USDJ*
*10/3/13*

Respectfully submitted,

Timothy B. Fleming
WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC
*Counsel to the Havlish Judgment Creditors*

cc: All Counsel of Record via email

THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, AL 35203
(205) 328-0640

1850 M STREET, N.W.
SUITE 720
WASHINGTON, D.C. 20036
(202) 467-4489