# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT  0 9 2013

By CM/ECF

October 8, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax:  212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:    In re 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (KBF) and All
       Member and Related Cases

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum Judgment Creditors.
Our clients and, with their counsel's consent, the Peterson, Havlish, and Heiser
Judgment Creditors respectfully request leave to submit a brief response to the Hegna
Judgment Creditors' Additional Memorandum in Support of Summary Judgment, dated
October 4, 2013, ECF No. 947.

Should the Court grant such leave, Plaintiffs' response is respectfully submitted by
attachment to this letter.

Respectfully submitted,

*James L. Bernard* (NW)

James L. Bernard

Attachment

cc:    Counsel of Record

10|9|13

*Ordered*

*Application granted.*

*← B. Forrest*
*USDJ*