**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 19, 2013

By E-mail and ECF

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2013

Re: In re 650 Fifth Avenue and Related Properties,
08 Civ. 10934 (KBF)

Dear Judge Forrest:

      We respectfully submit this letter on behalf of the Alavi Foundation and the 650 Fifth Avenue Company (together, "Claimants") to request an extension of the page limit for Claimants' reply memorandum in support of their petition pursuant to section 983(g) of the Civil Asset Forfeiture Reform Act of 2000 (the "Petition"). The Government's memorandum in opposition to the Petition raises several new arguments that were not previously addressed, and that Claimants strenuously oppose. We therefore respectfully request a four page extension of the page limit (resulting in a 14 page reply memorandum).

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc: Counsel of record

Application granted.

*[signature]*

KATHERINE B. FORREST
United States District Judge
12/23/2013