**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br>**650 Fifth Avenue and Related Properties,** | **08-cv-10934(LAP)** |
| **KIRSCHENBAUM, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, ASSA CORPORATION, ASSA COMPANY LIMITED,**<br>**Defendants,**<br><br>**And Consolidated Actions** | **08-cv-10934 (LAP)**<br>**09-cv-00165 (LAP)**<br>**09-cv-00166 (LAP)**<br>**09-cv-553 (LAP)**<br>**09-cv-564 (LAP)**<br>**10-cv-1627 (LAP)**<br>**10-cv-2464 (LAP)**<br>**11-cv-3761 (LAP)**<br>**12-mc-19 (LAP)**<br>**12-mc-20 (LAP)**<br>**12-mc-21 (LAP)**<br>**12-mc-22 (LAP)**<br>**13-mc-71 (LAP)**<br>**13-cv-1825 (LAP)**<br>**13-cv-1848 (LAP)** |

# ORDER

Upon the Motion of Sylvius von Saucken, as Trustee (the "Trustee") of the 650 Fifth Settlement Trust (the "Trust"), for an Order approving the proposed distribution of Trust assets pursuant to the Settlement Agreement dated January 13, 2025, the Court's Order approving the Settlement Agreement dated January 17, 2025, the Trust Agreement, and this Court's Order, dated April 7, 2025 establishing the Trust and appointing the Trustee (the "Trust Order"), together with the Memorandum of Law submitted in support thereof with annexed exhibits, and the Court having considered the Motion and finding good cause shown,

**IT IS HEREBY ORDERED** that the Trustee's Motion is granted; and

**IT IS FURTHER ORDERED** that this Court has reviewed and hereby approves the Trustee's proposed distribution percentages by Judgment Creditor group and associated

calculations as set forth in Exhibit 2 of the Memorandum of Law in connection with the Motion; and

**IT IS FURTHER ORDERED** that the Trustee is authorized to complete its distributable value calculations necessary to issue payments to individual Trust beneficiaries consistent with the percentages identified in Exhibit 2 of the Memorandum of Law, and to further divide each Judgment Creditor group into its respective pro rata distributable values to be made available to each Trust beneficiary consistent with the terms of the Trust Order and Trust Agreement, as further identified by the Trustee, by and through his Trust Administrator, his Trust counsel, and following consultation with each of Plaintiffs' Counsel and United States counsel; and

**IT IS FURTHER ORDERED** that this Court approves of the Trustee's actions as described in the Motion, including, but not limited to the Trustee's determination that revisions to the pro rata calculations were necessary to: (a) reflect the effect of this Court's Final Dismissal Order entered May 6, 2025 (Dkt. No. 2462) on the value of the Havlish Judgment Creditors' outstanding judgment; and (b) validate the outstanding judgment balances as of the date of the Settlement Agreement (and consistent therein), including receiving additional input from Plaintiffs' counsel and counsel for the United States.

**IT IS FURTHER ORDERED** that this Court hereby authorizes the Trustee to complete payment schedules separated by those Judgment Creditor groups as further identified in Exhibit 2 to the of the Memorandum of Law submitted in connection with this motion; and

**IT IS FURTHER ORDERED** that the Trustee is authorized to take such additional actions as are necessary and appropriate to implement this Order and carry out the administration and distribution of the Trust consistent with the Settlement Agreement, the Trust Agreement, the Trust Order, and applicable law.

**SO ORDERED.**

Dated: August 19, 2026



LORETTA A. PRESKA
Senior United States District Judge



4023917.5